THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JODI ALBANESE

                                Plaintiff(s)       **STIPULATION OF**
                                                            DISCONTINUANCE
                                                             08-CV-1898

STATE OF NEW YORK,

DET. DAVID B. BREHM, SHEILD #987, BEING A MEMBER OF THE NASSAU COUNTY
POLICE DEPT

-----------------------------------------------------------X

IT IS HEREBY STIPULATED, by and between the attorneys of record for the Defendant's, in the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, as against the defendants without coats to either party has against the other. This

Stipulation may be filed without further notice with the Clerk of the Court.

IRVING SINGER P.C.
223 Fulton Ave.
Hempstead NY 11550
(516) 485-6480
Fax: (516) 489-5067
5438

To:

**LORNA B. GOODMAN**
**Nassau County Attorney**
**DIANE C. PETILLO**, of Counsel
**Attorney for Defendants**
Det. David B. Brehm

One West Street
**Mineola, N.Y. 11501**

**516-571-6190**