UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JODI ALBANESE,

                          Plaintiff,

- against -

STATE OF NEW YORK, DET. DAVID B. BREHM,
SHIELD 15, being a member of The Nassau County Police
Dept.

                          Defendants.
---------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL AGAINST NASSAU COUNTY WITH PREJUDICE**

CV-08-1898
(JFB) (AKT)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, as against all Defendants, with prejudice, and without costs to either party as against the other. This stipulation may be filed with the Clerk of the Court, without further notice.

Dated: Mineola, New York
        July 31, 2009

JODI ALBANESE

By: _____
Irving Singer
Attorney for Plaintiff
223 Fulton Avenue
Hempstead, NY 11550
(516/485-6480)

LORNA B. GOODMAN
Nassau County Attorney
By: _____
Diane C. Petillo
Deputy County Attorney
One West Street
Mineola, New York 11501
(516) 571-6190

SO ORDERED:

_____
Hon. Joseph F. Bianco, U.S.D.J.